| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| __Northern__ District of __Texas__ | |

| | |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Vitro Asset Corp. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>American Asset Holding Corp.<br>Imperial Arts Corp.<br>VK Corp.<br>Oriental Glass, Inc. |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): N/A | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>350 N. Saint Paul Street, Suite 2900<br>Dallas, Texas 75201-4234<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☒ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br><br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>See Attached Annex A | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor    *Vitro Asset Corp.*
Case No.

## TRANSFER OF CLAIM

☒ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and<br><br>x _____<br>Signature of Petitioner or Representative (State Title) | x /s/ Jeff Prostok    11/17/10<br>Signature of Attorney    Date<br><br>Jeff Prostok<br>Name of Attorney Firm (If any)<br><br>Jeff Prostok     John K. Cunningham<br>Forshey Prostok LLP   White & Case LLP<br>777 Main Street, Suite 1290   200 S. Biscayne Blvd., Suite 4900<br>Fort Worth, TX 76102   Miami, FL 33131 |
| Knighthead Master Fund, L.P.    11/17/10<br>Name of Petitioner     Date Signed<br>Name & Mailing    Knighthead Master Fund, L.P. c/o<br>Address of Individual   Knighthead Capital Management, LLC<br>    623 Fifth Avenue, 29th Floor<br>    New York, NY 10022<br>Signing in Representative   Knighthead Capital Management, L.L.C.,<br>Capacity     Investment Manager<br>    Ara Cohen, Managing Member | Address _____<br><br>Telephone No. (817) 877-8855 |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and<br><br>x _____<br>Signature of Petitioner or Representative (State Title) | x _____<br>Signature of Attorney    Date<br><br>Name of Attorney Firm (If any) |
| Name of Petitioner     Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address _____<br><br>Telephone No. |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and<br><br>x _____<br>Signature of Petitioner or Representative (State Title) | x _____<br>Signature of Attorney    Date<br><br>Name of Attorney Firm (If any) |
| Name of Petitioner     Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address _____<br><br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Knighthead Master Fund, L.P.<br>c/o Knighthead Capital Management, LLC<br>623 Fifth Avenue, 29th Floor<br>New York, NY 10022 | Beneficial interests in 9-1/8% Senior Notes and 8-5/8% Senior Notes | $42,047,250.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

\_\_X\_\_ continuation sheets attached

| Name of Debtor | Vitro Asset Corp. |
|---|---|
| Case No. | |

## TRANSFER OF CLAIM

☒ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

---

Petitioner(s) declare under penalty of perjury that the foregoing is true and

x _____
Signature of Petitioner or Representative (State Title)

Brookville Horizons Fund, L.P.          11/17/10
Name of Petitioner          Date Signed

Name & Mailing          Brookville Horizons Fund, L.P.
Address of Individual          2 Greenwich Plaza
          Greenwich, CT 06830
Signing in Representative          Brookville Horizons Fund GP, LLC
Capacity          T.A. McKinney, Authorized Signatory

x /s/ Jeff Prostok          11/17/10
Signature of Attorney          Date

Jeff Prostok
Name of Attorney Firm (If any)

Jeff Prostok          John K. Cunningham
Forshey Prostok LLP          White & Case LLP
777 Main Street, Suite 1290          200 S. Biscayne Blvd., Suite 4900
Fort Worth, TX 76102          Miami, FL 33131

Address _____

Telephone No. (817) 877-8855

---

Petitioner(s) declare under penalty of perjury that the foregoing is true and

x _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner          Date Signed
Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney          Date

Name of Attorney Firm (If any)

Address _____

Telephone No. _____

---

Petitioner(s) declare under penalty of perjury that the foregoing is true and

x _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner          Date Signed
Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney          Date

Name of Attorney Firm (If any)

Address _____

Telephone No. _____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Brookville Horizons Fund, L.P. 2 Greenwich Plaza Greenwich, CT 06830 | Beneficial interests in 9-1/8% Senior Notes | $2,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

__X__ continuation sheets attached

Name of Debtor    *Vitro Asset Corp.*

Case No. _____

## TRANSFER OF CLAIM

☒   Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and<br><br>x _____<br>Signature of Petitioner or Representative (State Title)<br><br>Davidson Kempner Distressed Opportunities Fund LP   11/17/10<br>Name of Petitioner       Date Signed<br>Name & Mailing    Davidson Kempner Distressed<br>Address of Individual    Opportunities Fund LP<br>     65 East 55th Street, 19th Floor<br>     New York, NY 10022<br>Signing in Representative    Anthony A. Yoseloff<br>Capacity    Managing Member | x /s/ Jeff Prostok    11/17/10<br>Signature of Attorney    Date<br><br>Jeff Prostok _____<br>Name of Attorney Firm (If any)<br>Jeff Prostok      John K. Cunningham<br>Forshey Prostok LLP      White & Case LLP<br>777 Main Street, Suite 1290      200 S. Biscayne Blvd., Suite 4900<br>Fort Worth, TX 76102      Miami, FL 33131<br><br>Address _____<br><br>Telephone No. (817) 877-8855 |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and<br><br>x _____<br>Signature of Petitioner or Representative (State Title)<br><br>Name of Petitioner      Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x _____<br>Signature of Attorney    Date<br><br>Name of Attorney Firm (If any)<br><br>Address _____<br>Telephone No. _____ |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and<br><br>x _____<br>Signature of Petitioner or Representative (State Title)<br><br>Name of Petitioner      Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x _____<br>Signature of Attorney    Date<br><br>Name of Attorney Firm (If any)<br><br>Address _____<br>Telephone No. _____ |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Davidson Kempner Distressed Opportunities Fund LP<br>65 East 55th Street, 19th Floor<br>New York, NY 10022 | Beneficial interests in 9-1/8% Senior Notes, 11-¾% Senior Notes and 8-5/8% Senior Notes | $11,637,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

__x__ continuation sheets attached

Name of Debtor    Vitro Asset Corp.

Case No.

## TRANSFER OF CLAIM

☒ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and<br><br>x _Lawrence H. Kaplan_<br>Lawrence H. Kaplan, Vice President & Secretary<br>Signature of Petitioner or Representative (State Title)<br><br>Lord Abbett Bond-Debenture Fund, Inc.      11/17/10<br>Name of Petitioner                     Date Signed<br><br>Name & Mailing          Lord Abbett Bond-Debenture Fund, Inc.<br>Address of Individual      90 Hudson Street Jersey City, NJ 07302<br>Signing in Representative   Attn: John K. Forst, Esq.<br>Capacity | x /s/ Jeff Prostok _Jeff Prostok_    11/17/10<br>Signature of Attorney         Date<br><br>Jeff Prostok<br>Name of Attorney Firm (If any)<br>Jeff Prostok                    John K. Cunningham<br>Forshey Prostok LLP            White & Case LLP<br>777 Main Street, Suite 1290    200 S. Biscayne Blvd., Suite 4900<br>Fort Worth, TX 76102          Miami, FL 33131<br><br>Address<br><br>Telephone No. (817) 877-8855 |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and<br><br>x _____<br>Signature of Petitioner or Representative (State Title)<br><br>Name of Petitioner          Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x _____<br>Signature of Attorney      Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and<br><br>x _____<br>Signature of Petitioner or Representative (State Title)<br><br>Name of Petitioner          Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x _____<br>Signature of Attorney      Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Lord Abbett Bond-Debenture Fund, Inc.<br>90 Hudson Street Jersey City, NJ 07302<br>Attn: John K. Forst, Esq. | Beneficial interests in 9-1/8% Senior Notes | $20,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

**Annex A**

Bankruptcy Cases Concurrently Filed Against
Any Partner or Affiliate of the Debtor

Involuntary petitions under chapter 11 of title 11 of the United States Code are being filed in this Court against the following affiliated entities listed below:

---

Amsilco Holdings, Inc.

B.B.O. Holdings, Inc.

Binswanger Glass Company

Crisa Corporation

Super Sky International, Inc.

Super Sky Products, Inc.

Troper Services, Inc.

V-MX Holdings, LLC

Vitro America, LLC

Vitro Asset Corp.

Vitro Chemicals, Fibers & Mining, LLC

Vitro Packaging, LLC

VVP Auto Glass, Inc.

VVP Finance Corporation

VVP Holdings, LLC

## CORPORATE OWNERSHIP STATEMENT

Rule 1007(a)(1) and Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") incorporate the disclosure required under Bankruptcy Rule 7007.1, which provides that any corporation that is party to an adversary proceeding shall file a statement that identifies any corporation that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or otherwise states that there are no entities to report. Knighthead Master Fund, L.P. (the "Petitioning Creditor") hereby submits that it is a limited partnership, and therefore is not subject to the disclosure requirements contained in Bankruptcy Rule 7007.1.

In accordance with 28 U.S.C. § 1746, I, the undersigned authorized officer of the Petitioning Creditor, hereby declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing and that it is true and correct to the best of my information and belief.

Date: November 17, 2010

KNIGHTHEAD MASTER FUND, L.P.

By: Knighthead Capital Management, L.L.C., its Investment Manager

Name: Ara Cohen
Title:  Managing Member

**Rule 1003 Statement Regarding Claims of**
**Knighthead Master Fund, L.P.**

The undersigned hereby state that the claims totaling $42,047,250 held by Knighthead

Master Fund, L.P. (the "Petitioning Creditor") against the company named in the attached

involuntary petition (the "Debtor") were acquired on various dates in a range of consideration

from 44.00% to 50.13% as reflected in the attached documents. Such claims are based on the

Petitioning Creditor's holdings of $42,047,250 outstanding amount of Series of Notes Held:

$21,844,000 $9\frac{1}{8}$% Senior Notes due 2017 and $20,203,250 $8\frac{5}{8}$% due 2012. Such claims are

based upon principal only and are exclusive of interest, fees, costs and other charges. The

Petitioning Creditor acquired its claims on the open market for investment purposes and not for

the purpose of commencing a bankruptcy case against the Debtor.

Date: <u>November 17</u>, 2010

> KNIGHTHEAD MASTER FUND, L.P.
>
> By: Knighthead Capital Management, L.L.C., its
> investment manager
>
> By _____
> Ara Cohen
> Managing Member

**Vitro 9 1/8 02/01/17**

| Trade date | SettleDt | Account | B/S | Qty | Face value | Price | Purchased from |
|---|---|---|---|---|---|---|---|
| 03/31/10 | 04/06/10 | KHMF | B | 2,850.00 | 2,850,000.00 | 45.00 | BCAPUK |
| 03/05/10 | 03/10/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 48.50 | JPCHUS |
| 03/05/10 | 03/10/10 | KHMF | B | 3,325.00 | 3,325,000.00 | 48.13 | BCAPUK |
| 01/20/10 | 01/25/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 50.13 | PRINCE |
| 01/19/10 | 01/22/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 50.00 | BCAPUK |
| 01/19/10 | 01/22/10 | KHMF | B | 2,850.00 | 2,850,000.00 | 49.00 | BCAPUK |
| 01/12/10 | 01/15/10 | KHMF | B | 950.00 | 950,000.00 | 49.00 | BCAPUK |
| 01/12/10 | 01/15/10 | KHMF | B | 950.00 | 950,000.00 | 49.00 | JPCHUS |
| 01/11/10 | 01/14/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 47.25 | JPCHUS |
| 01/08/10 | 01/13/10 | KHMF | B | 950.00 | 950,000.00 | 45.25 | BCAPUK |
| 01/07/10 | 01/12/10 | KHMF | B | 2,369.00 | 2,369,000.00 | 44.00 | BCAPUK |
| | | | | **21,844.00** | **21,844,000.00** | | |

**Vitro 8 5/8 02/01/12**

| Trade date | SettleDt | Account | B/S | Qty | Face value | Price | Purchased from |
|---|---|---|---|---|---|---|---|
| 07/14/10 | 07/19/10 | KHMF | B | 1,906.00 | 1,906,000.00 | 46.75 | BCAPUK |
| 03/05/10 | 03/10/10 | KHMF | B | 2,850.00 | 2,850,000.00 | 48.5 | JPCHUS |
| 03/05/10 | 03/10/10 | KHMF | B | 2,850.00 | 2,850,000.00 | 48.25 | BCAPUK |
| 03/05/10 | 03/10/10 | KHMF | B | 1,425.00 | 1,425,000.00 | 48.125 | BCAPUK |
| 03/02/10 | 03/05/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 46.25 | JPCHUS |
| 01/20/10 | 01/25/10 | KHMF | B | 1,268.25 | 1,268,250.00 | 50 | PRINCE |
| 01/13/10 | 01/19/10 | KHMF | B | 1,615.00 | 1,615,000.00 | 49 | JPCHUS |
| 01/12/10 | 01/15/10 | KHMF | B | 950.00 | 950,000.00 | 49 | JPCHUS |
| 01/12/10 | 01/15/10 | KHMF | B | 950.00 | 950,000.00 | 49 | BCAPUK |
| 01/11/10 | 01/14/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 47.25 | JPCHUS |
| 01/07/10 | 01/12/10 | KHMF | B | 220.00 | 220,000.00 | 44 | MITRUS |
| 01/07/10 | 01/12/10 | KHMF | B | 2,369.00 | 2,369,000.00 | 44 | BCAPUK |
| | | | | 20,203.25 | 20,203,250.00 | | |

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

PERIOD: Jan 07 2010
RUN DATE: Jan 08 2010 12:51 AM

FUND: KNIGHTHEAD MASTER FUND LP

PAGE 4 OF 4
BASE CURRENCY: USD

Trade Date Activity

GLOBAL
SECURITIES
SERVICES

510

Goldman
Sachs

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. The material is provided to you is useful in your management of the reference portfolio. This material contains certain information provided by you and third parties, including pricing services, which may not be complete, accurate or current and Goldman Sachs has no liability with respect thereto. The material and the indicative valuations are subject to change without notice and Goldman Sachs is not obligated to provide you with updated or current information. The material shall not constitute any prior or current legal, accounting regulatory or tax advice. If Goldman Sachs acted as principal in any transaction referred to in the material, Goldman Sachs would enter into an agreement with you in connection with that transaction which would govern your and Goldman Sachs' respective rights and obligations. Any projected results for any transaction shall not be deemed to be a representation that such results will be achieved, and the material, is intended for your internal use only and may not be reproduced or redistributed to any other party. We have relied upon and assumed without independent verification, the accuracy and completeness of all information available from public sources or which was provided to us by or on behalf of you. In accordance with your personalized inquiry, your assessment is short but any indebtedness and approved may freely and circumstances, including positions not held at custodian. Neither the indebtedness may not been verified by the custodian regulatory reporting purposes, or for any other purpose and should be used only for your convenience. For accounting and other records of the firm, in connection with your books and records of the firm, in accordance. Terms or exclusive. Any questions regarding the nature of this material should be raised promptly with your Goldman Sachs representative.

## DETAIL

| | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST BY COMMISSION | NET AMOUNT | ACCOUNT # REFERENCE # BROKER / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| **U S DOLLAR • TRADE ACTIVITY** CONTINUED | | | | | | | | | |
| ....rl S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M-W-50.00BP 82851RAC1 | 01/07/10 | 01/12/10 | BUY | 06 | 220,000.00 | 44.0000 | 0.00 | (96,800.00) | |
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M-W-50.00BP 82851RAC1 | 01/07/10 | 01/12/10 | BUY | 06 | 2,369,000.00 | 44.0000 | 0.00 | (1,042,360.00) | |
| **U S DOLLAR • NON-TRADE ACTIVITY** | | | | | | | | | |

**U S DOLLAR CLOSING BALANCE •**

**UK POUND STERLING OPENING BALANCE**

**UK POUND STERLING • TRADE ACTIVITY**

**UK POUND STERLING CLOSING BALANCE •**

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.



Goldman Sachs

| ADVISOR: KNIGHTHEAD CAPITAL MANAGEMENT LLC | FUND: KNIGHTHEAD MASTER FUND LP | | Trade Date Activity |
|---|---|---|---|

PERIOD: Jan 08,2010
RUN DATE: Jan 09,2010 05:04 AM

PAGE 3 OF 4
BASE CURRENCY: USD

GLOBAL
SECURITIES
SERVICES

510

This material is for your private information, and delivers hereto is not soliciting any action based upon it. This material is provided to you is useful to your management of the reference portfolio. The material contains information provided by Goldman Sachs and Goldman Sachs has no obligation to update you as to any changes to the information, accessible or current and Goldman Sachs has no liability with respect thereto. The assety of markets and subject to change without notice and Goldman Sachs has no obligation to update you or to alert you to changes or amendments. The material and information contained or your custodian. The current information provided is as of the date indicated, and should be relied upon as a discussion with your professional advisors, your consideration of whether any supplement are appropriate given your personal circumstances. Goldman positions and hold. Goldman Sachs or its affiliates from not been relied on for your evidence.

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (0)/ COMMISSION | NET AMOUNT | ACCOUNT # BROKER / DESCRIPTION | REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW MEXICAN PESO OPENING BALANCE | | | | | | | | | | |
| NEW MEXICAN PESO • TRADE ACTIVITY | | | | | | | | | | |
| NEW MEXICAN PESO CLOSING BALANCE • | | | | | | | | | | |
| U S DOLLAR OPENING BALANCE | | | | | | | | | | |
| U S DOLLAR • TRADE ACTIVITY | | | | | | | | | | |
| VITRO SA DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M-W-50.006P 92851PAG9 | 01/08/10 | 01/13/10 | BUY | 06 | 950,000.00 | 45.2500 | 0.00 | (429,875.00) | | |

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

Trade Date Activity

PERIOD: Jan 11,2010
RUN DATE: Jan 12,2010 12:54, AM

PAGE 3 OF 5
BASE CURRENCY: USD

510

GLOBAL
SECURITIES
SERVICES

Goldman
Sachs

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is provided for your management of the advisory portfolio. This material contains information provided by law and their parties, including proxy devices, which may not be complete, accurate or current and Goldman Sachs has no duty to update such information. These vary by subscription and by product. This material may be not be complete. This material may contain statements you must report your interest from other matters of the future. These sources of the statement acknowledge are subject to change without notice and certain is and represents a those of all parties. This material acknowledge you to change without notice and certain is and represents a those of all parties. This material is a banked off (in a reference and should not be relied upon for the maintenance of your order or for tax, accounting, financial or regulatory / reporting purposes, or for trade, and you should consult your appropriate advisors. Securities positions and futures positions are held at Goldman Sachs or its affiliates have not been verified for their accuracy.

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (O)/ COMMISSION | NET AMOUNT | ACCOUNT # • REFERENCE # BROKER / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| JAPANESE YEN OPENING BALANCE | | | | | | | | | |
| JAPANESE YEN • NON-TRADE ACTIVITY | | | | | | | | | |
| NEW MEXICAN PESO CLOSING BALANCE | | | | • | | | | | |
| U S DOLLAR OPENING BALANCE | | | | | | | | | |
| U S DOLLAR • TRADE ACTIVITY | | | | | | | | | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN Kf-f-90.00RP 326511RA09 | 01/07/10 | 01/12/10 | BUY | 06 | 2,360,000.00 | 44.0000 | 0.00 | (1,042,280.00) | |

Goldman
Sachs

GLOBAL
SECURITIES
SERVICES

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

PERIOD: Jan 11 2010
RUN DATE: Jan 12 2010 12:54 AM

FUND: KNIGHTHEAD MASTER FUND LP

PAGE 4 OF 5
BASE CURRENCY: USD

Trade Date Activity

510

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is to be used in your management of the referenced portfolio. This material contains information provided by you and third parties, including prior portfolios, which may not be complete, accurate or current and Goldman Sachs has no liability with respect thereto. Where the material has pricing information, prices are subject to change without notice and Goldman Sachs has no obligation to update such as to any such changes. The material may not reflect valuations you would receive from other sources, or even transactions entered into with Goldman Sachs. The amount information shown herein for cash balances and current and prior portfolios is for informational purposes only, and may not be relied on as a representation that any transaction will be effected at the price shown. This material is intended only as a reference and should not be relied upon for any other purpose. Securities positions are not held for Collateral. Basis of the collateral have not been valued for their existence or authenticity. Any questions regarding the balance of this material should be raised promptly with your Goldman Sachs contact person.

## DETAIL

| TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # | REFERENCE # BROKER/DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|

**U S DOLLAR  •  TRADE ACTIVITY**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| VITRO S.A. DE C.V. 8.625% 02/01/2010 USD SER B SR LIEN M-W-50.008P 928S1RAC1 | | | | | | | | | |
| 01/11/10 | 01/14/10 | BUY | 05 | 1,900,000.00 | 47.2500 | 0.00 | (897,750.00 ) | | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M-W-50.008P 928S1RAD8 | | | | | | | | | |
| 01/11/10 | 01/14/10 | BUY | 05 | 1,900,000.00 | 47.2500 | 0.00 | (897,750.00) | | |

**U S DOLLAR  •  NON-TRADE ACTIVITY**

**U S DOLLAR CLOSING BALANCE  •**

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

**Goldman Sachs**

# Trade Date Activity

ADVISOR: KNIGHTHEAD CAPITAL MANAGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

PERIOD: Jan 15,2010
RUN DATE: Jan 13,2010 07:27 AM

PAGE 3 OF 4
BASE CURRENCY: USD

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is provided to you to assist in your management of the reference portfolio. The detailed position information, produced by us and third parties, including pricing services, which may not be complete, accurate or current and Goldman Sachs has not independently verified such information. Please carefully review all information which is subject to change without notice and we disclaim Goldman Sachs has no obligation to update or review any such information and disclaims any responsibility as to the accuracy, completeness or timeliness of any information and all such information is subject to change without notice. The market prices/rates are for your reference only and should not be relied upon for any transaction. In the event of any discrepancy between this material and your official statement, the official statement should be relied upon. Any positions reflecting may or may not be the result of actual trades and should not be relied on for tax, accounting, financial or all activities. Any questions regarding this material or the material should be raised promptly with your Goldman Sachs contact person.

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (0/ COMMISSION | NET AMOUNT | ACCOUNT # • REFERENCE # BROKER / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M-W+50.00SP | | | | | | | | | |
| 92851RAG1 | 01/12/10 | 01/15/10 | BUY | 05 | 950,000.00 | 49.0000 | 0.00 | (465,500.0) | |
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M-W+50.00SP | | | | | | | | | |
| 92851RAG1 | 01/12/10 | 01/15/10 | BUY | 05 | 950,000.00 | 49.0000 | 0.00 | (465,500.00) | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M-W+50.00SP | | | | | | | | | |
| 92851RAG9 | 01/12/10 | 01/15/10 | BUY | 05 | 950,000.00 | 49.0000 | 0.00 | (465,500.00) | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M-W+50.00SP | | | | | | | | | |
| 92851RAG9 | 01/12/10 | 01/15/10 | BUY | 05 | 950,000.00 | 49.0000 | 0.00 | (465,500.00) | |
| US DOLLAR CLOSING BALANCE | | | | | | | | 113,190,650.14 | |

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

Trade Date Activity

GLOBAL
SECURITIES
SERVICES

Goldman
Sachs

PERIOD: Mar 05,2010
RUN DATE: Mar 06,2010 02:05 AM

PAGE 3 OF 4
BASE CURRENCY: USD

S10

This material is for your release information, and Goldman Sachs is not calling any entities based upon it. This material is provided to you to assist in your management of the reference portfolio. The material contains information provided by you and third parties, including publicly sources, which may not be complete, accurate or current and Goldman Sachs has no obligation to update or correct any such information. The material may be based on other records of Goldman Sachs. These may be differences between this material and any statement, confirmation and other document that we or others may provide to you, and such other documents will prevail over this material. This material should not be relied upon for any purpose other than your other records, or these other sources of Goldman Sachs. The value presentations are as if the day indicated, and cannot be relied upon as a representation of our market prices or values at which transaction can be effected at this point. This material is derived only as a reference and should not be relied upon as a reference of our market prices or values, or the performance of your transactions and it may not reflect transactions or adjustments made. In preparing this material, we have presumed reliance, fairness and completeness of all such and adjustments are appropriately given your circumstances. Securities positions reflected on Goldman Sachs or its affiliates have not been trades for your reference or evaluation. Any questions regarding the reliance of this material should be raised promptly with your professional advisors, your personal advisors.

## DETAIL

| | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (0)/ COMMISSION | NET AMOUNT | ACCOUNT # ● REFERENCE # BROKER / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|

**NO ACTIVITY** ●

### NEW MEXICAN PESO CLOSING BALANCE ●

### US DOLLAR OPENING BALANCE

### US DOLLAR ● TRADE ACTIVITY

| | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (0)/ COMMISSION | NET AMOUNT | ACCOUNT # ● REFERENCE # BROKER / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M+W+60.00BP 92851RAC1 | 03/05/10 | 03/10/10 | BUY | 06 | 2,850,000.00 | 48.5000 | 0.00 | (1,382,250.00) | |
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M+W+60.00BP 92851RAC1 | 03/05/10 | 03/10/10 | BUY | 06 | 2,850,000.00 | 48.2500 | 0.00 | (1,375,125.00) | |
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M+W+60.00BP 92851RAC1 | 03/05/10 | 03/10/10 | BUY | 06 | 1,425,000.00 | 48.1250 | 0.00 | (685,781.25) | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M+W+60.00BP 92851RAD9 | 03/05/10 | 03/10/10 | BUY | 06 | 1,900,000.00 | 48.5000 | 0.00 | (921,500.00) | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M+W+60.00BP 92851RAD9 | 03/05/10 | 03/10/10 | BUY | 06 | 3,325,000.00 | 48.1250 | 0.00 | (1,600,156.25) | |

This material is not an official Goldman Sachs statement: if there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

Trade Date Activity

PERIOD: Jan 13, 2010
RUN DATE: Jan 14, 2010 01:54 AM

PAGE 4 OF 4
BASE CURRENCY: USD

Goldman
Sachs

GLOBAL
SECURITIES
SERVICES

510

The material is for your private information, and Goldman Sachs's not soliciting any action based upon it. This material is to be used by you to assist in your management of the reference portfolio. The material contains information supplied by you and third parties, including pricing services, and Goldman Sachs has no obligation to update or to correct any such information or the selection thereof or make any recommendation with respect thereto. The information and opinions contained in this material are derived from proprietary and nonproprietary sources deemed by Goldman Sachs to be reliable, are not necessarily all inclusive and are not guaranteed as to accuracy, completeness, or correct and Goldman Sachs. There is being furnished without regard to your particular investment objectives, financial situation or needs and should not be construed as a recommendation to you or any fund or change. The material is based on information that we consider reliable, but we do not represent that it is accurate, complete or correct and it should not be relied on as such. Opinions expressed are our current opinions as of the date appearing on this material only. Information and opinions are subject to change without notice. Neither Goldman Sachs nor any affiliate provides legal, tax or accounting advice or services to its clients, and no portion of this material may be construed as legal, tax or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any transaction. Past performance is not indicative of future results. Reproduction or distribution of this material is prohibited.

DETAIL

| | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST / COMMISSION | NET AMOUNT | ACCOUNT # BROKER / DESCRIPTION • REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|
| **U S DOLLAR • TRADE ACTIVITY** | | | | | | | | | |
| CONTINUED | | | | | | | | | |
| VITRO S.A. DE C.V. 8.625% 02/01/2012 (USD SER B SR) ISIN U+V450.008P | | | | | | | | | |
| 826STRACT | 01/13/10 | 01/13/10 | BUY | 06 | 1,615,000.00 | 49.0000 | 0.00 | (791,350.00) | |
| **U S DOLLAR • NON-TRADE ACTIVITY** | | | | | | | | | |

**U S DOLLAR CLOSING BALANCE •**

**UK POUND STERLING OPENING BALANCE •**

NO ACTIVITY

**UK POUND STERLING CLOSING BALANCE •**

KNIGHTHEAD MASTER FUND LP is comprised of account number(s) 0022253631, 0022254456, 002337996, 002416350, 0238929821, 023844077

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

Goldman Sachs

GLOBAL
SECURITIES
SERVICES

# Trade Date Activity

| ADVISOR: KNIGHTHEAD CAPITAL MANAGEMENT LLC | FUND: KNIGHTHEAD MASTER FUND LP | | |
|---|---|---|---|
| PERIOD: Jan 19,2010 | PAGE 3 OF 5 | | |
| RUN DATE: Jan 20,2010 12:14 AM | BASE CURRENCY: USD | | 510 |

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is provided for your use and is not a solicitation or offer to buy or sell securities. This material is based upon information that we consider reliable, but we do not represent that it is accurate or complete, and it should not be relied upon as such. Opinions expressed are our current opinions as of the date appearing on this material only.

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (S)/ COMMISSION | NET AMOUNT | ACCOUNT # • REFERENCE # BROKER/DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| **NEW MEXICAN PESO CLOSING BALANCE** • | | | | | | | | | |
| **U S DOLLAR OPENING BALANCE** | | | | | | | | | |
| • TRADE ACTIVITY | | | | | | | | | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M+H+50.00BP 925617RA09 | 01/19/10 | 01/22/10 | BUY | 06 | 2,850,000.00 | 49.0000 | 0.00 | (1,396,500.00) | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M+H+50.00BP 925617RA09 | 01/19/10 | 01/22/10 | BUY | 06 | 1,900,000.00 | 50.0000 | 0.00 | (950,000.00) | |
| **U S DOLLAR** • **NON-TRADE ACTIVITY** | | | | | | | | | |



ADVISOR: KNIGHTHEAD CAPITAL MANAGEMENT LLC

PERIOD: Jan 20,2010
RUN DATE: Jan 21,2010 01:51 AM

FUND: KNIGHTHEAD MASTER FUND LP

PAGE 3 OF 3
BASE CURRENCY: USD

Trade Date Activity

GLOBAL
SECURITIES
SERVICES

510

Goldman Sachs

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is provided to you to assist in your management of the reference portfolio. This material contains information provided by you and other parties, including pricing services, which may not be complete, accurate or current and Goldman Sachs has no duty to update it. The material and the information contained herein are subject to change without notice and Goldman Sachs is under no obligation to provide you up to any such changes. The material may not contain information sufficient to make an investment decision. The material and the information contained herein do not constitute advice or a recommendation and should not be relied upon as such. The material is not intended to be, and should not be construed as, a research report and may not be used or relied upon for the purpose of evaluating the merits of investing in any securities, financial instruments or strategies mentioned herein, or for any other purpose whatsoever. Any opinions regarding the source of data reflected herein are subject to change without notice and Goldman Sachs cannot, and does not, represent that any such opinions, conclusions or other information reflected herein are appropriate given your professional advisors, and communicate with your professional advisors, you understand and agree that you should make such decisions and take such actions in reliance only on your own judgment and your professional advisors and not on the basis of this document.

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

## DETAIL

| TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # • REFERENCE # BROKER / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 01/20/10 | 01/25/10 | VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M-YH=50.00BP 920851PAC1 BUY | 06 | 1,268,250.00 | 50.0000 | 0.00 | (834,125.00) | |
| 01/20/10 | 01/25/10 | VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M-YH=50.00BP 920851RAD9 BUY | 06 | 1,900,000.00 | 50.1250 | 0.00 | (952,375.00) | |

**U S DOLLAR CLOSING BALANCE •**

**UK POUND STERLING OPENING BALANCE •**

NO ACTIVITY

**UK POUND STERLING CLOSING BALANCE •**

KNIGHTHEAD MASTER FUND LP is comprised of account number(s) 0022539631, 0022534456, 0023379956, 0024016550, 023929821, 023944077

ADVISOR: KNIGHTHEAD CAPITAL MANAGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

**Trade Date Activity**

GOLDMAN SACHS

PERIOD: Mar 02 2010
RUN DATE: Mar 03 2010 12:21 AM

PAGE 3 OF 4
BASE CURRENCY: USD

GLOBAL
SECURITIES
SERVICES

510

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is provided to you to assist in your management of the reference portfolio. This material contains information provided by or on your behalf and information provided by Goldman Sachs. The material may not be complete, accurate or current and Goldman Sachs has no obligation to update, modify or amend this material or to otherwise notify you of any change... [text illegible]

## DETAIL

| TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # BROKER / DESCRIPTION | REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|

**NEW MEXICAN PESO OPENING BALANCE**

NO ACTIVITY

**NEW MEXICAN PESO CLOSING BALANCE** •

**US DOLLAR OPENING BALANCE**

**US DOLLAR • TRADE ACTIVITY**

| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN 144A 50,000BP | | | | | | | | | |
| 928574AC1 | | | | | | | | | |
| 03/02/10 | 03/05/10 | BUY | 06 | 1,900,000.00 | 46.2500 | 0.00 | (878,750.00) | | |

**US DOLLAR • NON-TRADE ACTIVITY**

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.





ADVISOR: KNIGHTHEAD CAPITAL MANAGEMENT LLC
FUND: KNIGHTHEAD MASTER FUND LP
PERIOD: Mar 31,2010
RUN DATE: Apr 01,2010 12:57 AM
PAGE 3 OF 5
BASE CURRENCY: USD

GLOBAL
SECURITIES
SERVICES

570

Goldman Sachs

# Trade Date Activity

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is provided to you to assist in your management of the reference portfolio. This material contains information provided by you and third parties, including pricing services, which may not be complete, accurate or current and Goldman Sachs has not verified such information. Certain information is based solely on Goldman Sachs' best efforts to obtain such information and various assumptions and methodologies used and may be subject to change without notice to you on a going forward basis. The material and the information contained therein are as of the date indicated, and cannot be relied upon as of any subsequent date. Nothing in this material constitutes investment, legal, accounting or tax advice, or a representation that any investment or strategy is suitable or appropriate to your individual circumstances, or otherwise constitutes a personal recommendation to you. We are not acting as a fiduciary or an advisor to you. The determination of whether any purchase/sale decisions, mark-to-market adjustments, confirmations or settlements are appropriate given your circumstances are solely your responsibility. Should you have any questions regarding this material and/or the information contained therein, you should promptly call your Goldman Sachs contact person.

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (0)/ COMMISSION | NET AMOUNT | ACCOUNT # BROKER / DESCRIPTION | REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|---|

**HONG KONG DOLLAR OPENING BALANCE**

HONG KONG DOLLAR • NON-TRADE ACTIVITY

**HONG KONG DOLLAR CLOSING BALANCE** •

**JAPANESE YEN OPENING BALANCE**

JAPANESE YEN • NON-TRADE ACTIVITY

**JAPANESE YEN CLOSING BALANCE** •

**NEW MEXICAN PESO OPENING BALANCE**

NEW MEXICAN PESO • NON-TRADE ACTIVITY

**NEW MEXICAN PESO CLOSING BALANCE** •

**U S DOLLAR OPENING BALANCE**

U S DOLLAR • TRADE ACTIVITY

| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD 120120 SR LIEN 144A $0.000BP | 06 | 2,850,000.00 | 45.0000 | 0.00 | (1,282,500.00) |
| 93851RAC9 03/31/10 04/05/10 BUY | | | | | |

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITOL MAN-
AGEMENT LLC

PERIOD: Jul 14,2010
RUN DATE: Jul 15,2010 12:29 AM

FUND: KNIGHTHEAD MASTER FUND LP

PAGE 3 OF 4
BASE CURRENCY: USD

# Trade Date Activity

GLOBAL
SECURITIES
SERVICES

510

Goldman
Sachs

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. The material is provided to you to assist in your management of the reference symbols. The material contains information provided by and not filed parties, including pricing services, which may not be complete, accurate or current and Goldman Sachs has no obligation to verify any information contained herein. Where any part of this material is prepared by or obtained from third parties, the source of such material is indicated. The material must not be copied or redistributed without the prior written consent of Goldman Sachs. The content of this material is subject to change without notice and Goldman Sachs has no obligation to update or to inform you of any such change. The material does not constitute an offer to buy or sell or the solicitation of an offer to buy or sell any security or instrument or to participate in any trading strategy. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice. The amount of the material should properly rely with your Goldman Sachs contact person. Any questions regarding the terms of this material should be brought promptly to the attention of your Goldman Sachs contact person.

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (V/ COMMISSION | NET AMOUNT | ACCOUNT & BROKER / DESCRIPTION | REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|---|

**NEW MEXICAN PESO OPENING BALANCE**

NO ACTIVITY

**NEW MEXICAN PESO CLOSING BALANCE** •

**U S DOLLAR OPENING BALANCE**

**U S DOLLAR** • **TRADE ACTIVITY**

VII P0 USA UH: C.V. 8.625% 02/01/2012 USD SER.B SR.1 ISN M=W=50.000BP
82351R4G1                07/14/10   07/29/10   BUY      06      1,906,000.00    46.7500    0.00    (891,055.00)

**U S DOLLAR CLOSING BALANCE** •

**UK POUND STERLING OPENING BALANCE**

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

## CORPORATE OWNERSHIP STATEMENT

Rule 1007(a)(1) and Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") incorporate the disclosure required under Bankruptcy Rule 7007.1, which provides that any corporation that is party to an adversary proceeding shall file a statement that identifies any corporation that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or otherwise states that there are no entities to report. Brookville Horizons Fund, L.P. (the "Petitioning Creditor") hereby submits that it is a limited partnership, and therefore is not subject to the disclosure requirements contained in Bankruptcy Rule 7007.1.

In accordance with 28 U.S.C. § 1746, I, the undersigned authorized officer of the Petitioning Creditor, hereby declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing and that it is true and correct to the best of my information and belief.

Date:   November 17, 2010

BROOKVILLE HORIZONS FUND, L.P.

By: Brookville Horizons Fund GP, LLC

_____
Name: T. A. McKinney
Title:   Authorized Signatory

**Rule 1003 Statement Regarding Claims of**
**Brookville Horizons Fund, L.P.**

The undersigned hereby state that the claims totaling $2,000,000 held by Brookville

Horizons Fund, L.P. (the "Petitioning Creditor") against the company named in the attached

involuntary petition (the "Debtor") were acquired on July 29, 2010 for the approximate

consideration of $1,015,000 as reflected in the attached documents.  Such claims are based on

the Petitioning Creditor's holdings of $9\frac{1}{8}\%$ Senior Notes due 2017.  Such claims are based upon

principal only and are exclusive of interest, fees, costs and other charges.  The Petitioning

Creditor acquired its claims on the open market for investment purposes and not for the purpose

of commencing a bankruptcy case against the Debtor.

Date:   November 17, 2010

Brookville Horizons Fund, L.P.

By _____
Name _T.A. McKinney_
Title _Authorized Signatory_

From: EILEEN MCLOUGHLIN, JPMORGAN SECURITIES [mailto:em012103@bloomberg.net]
Sent: Thursday, July 29, 2010 4:50 PM
To: #DerivOps
Subject: ID : 92851RAD9 *Trade Ticket* As of Date: 7/29/2010

```
ID : 92851RAD9    *Trade Ticket* As of Date: 7/29/2010
TRDR/SLS  : CHRISTOPHER BOEGE           Settlement : 8/3/2010
SELLS     : 2M (M)                        ISSUER:VITRO SAB DE CV
Security  : VITROA 9 ¼ 02/01/17
   Price  : 50.75          Yield:22.789252   Yield to: 2/1/2017   at 100.00


Notes :JPM SELL - BROOKVILLE A/C GS - THANKS

                                       {92851RAD9     CORP DES
<GO>}
Principal           USD         1,015,000.00
Accrued         (  0 days)              0.00
Transaction Costs                       0.00
Total               USD         1,015,000.00
```

** THIS TICKET GENERATED BY BLOOMBERG TOMS / POMS SYSTEM **
   To learn more about the BLOOMBERG Professional® service,
   http://www.bloomberg.com

## CORPORATE OWNERSHIP STATEMENT

Rule 1007(a)(1) and Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") incorporate the disclosure required under Bankruptcy Rule 7007.1, which provides that any corporation that is party to an adversary proceeding shall file a statement that identifies any corporation that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or otherwise states that there are no entities to report. Davidson Kempner Distressed Opportunities Fund LP (the "Petitioning Creditor") hereby submits that it is a limited partnership, and therefore is not subject to the disclosure requirements contained in Bankruptcy Rule 7007.1.

In accordance with 28 U.S.C. § 1746, I, the undersigned authorized officer of the Petitioning Creditor, hereby declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing and that it is true and correct to the best of my information and belief.

Date: November 17, 2010

> DAVIDSON KEMPNER DISTRESSED
> OPPORTUNITIES FUND, LP
>
> By: DK Group, LLC, its General Partner
>
> Name: Anthony A. Yoseloff
> Title: Managing Member

<center>**Rule 1003 Statement Regarding Claims of**
**Davidson Kempner Distressed Opportunities Fund LP**</center>

The undersigned hereby states that the claims totaling $11,637,000.00 held by Davidson

Kempner Distressed Opportunities Fund LP (the "Petitioning Creditor") against the company

named in the attached involuntary petition (the "Debtor") were acquired on various dates from

June 23, 2010 to August 11, 2010 for the approximate consideration of $5,474,913.75 as

reflected in the attached documents. Such claims are based on the Petitioning Creditor's

holdings of $9\frac{1}{8}$% Senior Notes due 2017, $11\frac{3}{4}$% Senior Notes due 2013, and $8\frac{5}{8}$% Senior Notes

due 2012. Such claims are based upon principal only and are exclusive of interest, fees, costs

and other charges. The Petitioning Creditor acquired its claims on the open market for

investment purposes and not for the purpose of commencing a bankruptcy case against the

Debtor.

Date:  November 17, 2010

<div style="margin-left: 40%;">

DAVIDSON KEMPNER DISTRESSED
OPPORTUNITIES FUND, LP

By: DK Group, LLC, its General Partner

_____

Name:  Anthony A. Yoseloff
Title:   Managing Member

</div>

J.P. MORGAN CHASE BANK, N.A.
NET EQUITY REPORT

DAVIDSON KEMPNER DISTRESSED

113-60246-17

| SEDOL | CUSIP | QUANTITY | DESCRIPTION | PRICE PER SHARE/BOND | MARKET VALUE | ACCRUED COUPON/INTEREST DIVIDEND | NET VALUE |
|-------|-------|----------|-------------|----------------------|--------------|----------------------------------|-----------|
| B1GJHP1 | 92851FAD5 | 908,000.00000 | ***VITRO S A DE C V SR NT 11.7500   11/01/2013 | 49.2500 | 447,190.00 | 43,861.44 | 491,051.44 |
| * | 92851RAC1 | 227,000.00000 | ***VITRO S A B DE C V SR NT 8.6250   02/01/2012 | 49.2500 | 111,797.50 | 6,471.86 | 118,269.36 |
| * | 92851RAD9 | 2,983,000.00000 | ***VITRO S A B DE C V SR NT | 49.2500 | 1,469,127.50 | 43,854.24 | 1,512,981.74 |

# Daily Margin Position Summary Report
## As of 09/28/2010

| Sec No / Sec Des | SYMBOL | CUSIP / ISIN | Previous Position | Quantity Bought | Quantity Sold | Closing Position | Closing Price | Market Value | Profit / Loss Cum | Profit / Loss Daily |
|---|---|---|---|---|---|---|---|---|---|---|
| | REG T | | $325,542 MAINTENANCE | | $325,542 | | NET MV | 325,542 NET PL | 11,660 | 1,652 |
| 58BVXN7<br>***VITRO S A B DE C V SR NT<br>02/01/17 9.1250 | | 92851RAD9 | (C)<br>6,858,000L | | | 6,858,000L | 49 1/4 | 3,377,666 | 150,861 | 17,145 |

© 2010 J.P. Morgan Clearing Corp. All rights reserved. This information is provided without warranties of any kind, either express or implied, including any implied warranties of accuracy, completeness, fitness for a particular purpose, or non-infringement. Only confirmations and statements constitute the legal and official record of your account and its activity.

# Daily Margin Position Summary Report
## As of 09/28/2010

| Sec No / Sec Des | SYMBOL | CUSIP / ISIN | Previous Position | Quantity Bought | Sold | Closing Position | Closing Price | Market Value | Cum | Profit / Loss Daily |
|---|---|---|---|---|---|---|---|---|---|---|
| **5921042** | | 92851FAD5 | (C) | | | | | | | |
| ***VITRO S A DE C V SR RT | | | 661,000L | | | 661,000L | 49 1/4 | 325,542 | 11,660 | 1,652 |
| 11/01/13 11.7500 | | | | | | | | | | |
| --- SETT. DATE POS --- | | | 661,000L | | • | | | | | |

© 2010 J.P. Morgan Clearing Corp. All rights reserved. This information is provided without warranties of any kind, either express or implied, including any implied warranties of accuracy, completeness, fitness for a particular purpose, or non-infringement. Only confirmations and statements constitute the legal and official record of your account and its activity.

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) and Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), which incorporate the disclosure required under Rule 7007.1 of the Bankruptcy Rules, Lord Abbett Bond Debenture Fund (the "Petitioning Creditor") hereby states that the following corporations directly or indirectly own 10% or more of any class of the Petitioning Creditor's equity interests as of the date hereof:

Edward Jones & Co. (on behalf of various beneficial owners)

MLPF&S For the Sole Benefit of Its Customers

In accordance with 28 U.S.C. § 1746, I, the undersigned authorized officer of the Petitioning Creditor, hereby declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing and that it is true and correct to the best of my information and belief, with reliance on appropriate corporate officers.

Date: NOVEMBER 17 , 2010

LORD ABBETT BOND-DEBENTURE FUND, INC.

By Lawrence H Kaplan
Name: Lawrence H. Kaplan
Title: Vice President & Secretary

**Rule 1003 Statement Regarding Claims of**
**<u>Lord Abbett Bond-Debenture Fund, Inc.</u>**

The undersigned hereby state that the claims totaling $20,000,000.00 held by Lord

Abbett Bond Debenture Fund (the "Petitioning Creditor") against the company named in the

attached involuntary petition (the "Debtor") were acquired on various dates from January 25,

2007 to November 6, 2007 for the approximate consideration of $20,294,881.25 as reflected in

the attached documents. Such claims are based on the Petitioning Creditor's holdings of $9_{1/8}\%$

Senior Notes due 2017. Such claims are based upon principal only and are exclusive of interest,

fees, costs and other charges. The Petitioning Creditor acquired its claims on the open market for

investment purposes and not for the purpose of commencing a bankruptcy case against the

Debtor.

Date: NOVEMBER 17 , 2010

> LORD ABBETT BOND-DEBENTURE FUND, INC.
>
> By *Lawrence H Kaplan*
> Name: Lawrence H. Kaplan
> Title:  Vice President & Secretary

TRANSACTION ADVICE

TRANS NO.: 4283193
VENDOR TRANS NO.: 10846020070518

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                    Lord Abbett Bond Debenture Fund, Inc.
Account No.:      FDB1
BROKER/DEALER:  Lehman Brothers

Security ID:      92851RAB3          TRADE DATE:    05/18/2007
                                     SETTLEMENT DATE:      05/23/2007

SECURITY DESCRIPTION              PURCHASE

Vitro S.A.                        UNITS:                      1,400,000.00
144A NCV 9.125% 02/01/2017        PRICE:                       105.375000
9 1/8 Due 2/1/2017 FA1            PRINCIPAL:                 1,475,250.00
Dated Code:   Normal              ACCRUED INTEREST:             39,744.44
Dated Date:   02/01/2007          COMMISSION:                        0.00
                                  FEES                               0.00

                                  CASH: USD                  1,514,994.44

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:

_____          _____
Authorized Signature              Authorized Signature

Date:    09/23/2010

TRANSACTION ADVICE

TRANS NO.: 4271635
VENDOR TRANS NO.: 10393320070514

DATE:    09/23/2010

To:    State Street Bank
        1200 Crown Colony Drive
        Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                    Lord Abbett Bond Debenture Fund, Inc.
Account No.:        FDB1
BROKER/DEALER:  Lehman Brothers

Security ID:        92851RAB3              TRADE DATE:    05/14/2007
                                           SETTLEMENT DATE:        05/17/2007

SECURITY DESCRIPTION                       PURCHASE

Vitro S.A.                                 UNITS:                   1,600,000.00
144A NCV 9.125% 02/01/2017                 PRICE:                    104.550000
9 1/8 Due 2/1/2017 FA1                     PRINCIPAL:              1,672,800.00
Dated Code:   Normal                       ACCRUED INTEREST:          42,988.89
Dated Date:   02/01/2007                   COMMISSION:                     0.00
                                           FEES                            0.00

                                           CASH: USD                1,715,788.89

BK ACCT CURR:
FUNC. FX RATE:  USD/USD     1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____          _____

Authorized Signature                      Authorized Signature


Date:     09/23/2010

TRANSACTION ADVICE

TRANS NO.: 4226333
VENDOR TRANS NO.: 9207620070425

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                Lord Abbett Bond Debenture Fund, Inc.
Account No.:    FDB1
BROKER/DEALER:  Barclay Investments

Security ID:        92851RAB3          TRADE DATE:    04/25/2007
                                       SETTLEMENT DATE:    04/30/2007


SECURITY DESCRIPTION                   PURCHASE

Vitro S.A.                             UNITS:                    925,000.00
144A NCV 9.125% 02/01/2017             PRICE:                    105.000000
9 1/8 Due 2/1/2017 FA1                 PRINCIPAL                 971,250.00
Dated Code:  Normal                    ACCRUED INTEREST:          20,867.10
Dated Date:   02/01/2007               COMMISSION:                     0.00
                                       FEES                            0.00

                                       CASH: USD                 992,117.10

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____        _____

Authorized Signature               Authorized Signature


Date:    09/23/2010

TRANSACTION ADVICE

TRANS NO.: 4225704
VENDOR TRANS NO.: 9179720070424

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                Lord Abbett Bond Debenture Fund, Inc.
Account No.:     FDB1
BROKER/DEALER:  Credit Suisse Algo

Security ID:       92851RAB3              TRADE DATE:    04/24/2007
                                         SETTLEMENT DATE:     04/27/2007

SECURITY DESCRIPTION                     PURCHASE

Vitro S.A.                               UNITS:                      900,000.00
144A NCV 9.125% 02/01/2017               PRICE:                     104.750000
9 1/8 Due 2/1/2017 FA1                   PRINCIPAL                  942,750.00
Dated Code:   Normal                     ACCRUED INTEREST:           19,618.75
Dated Date:    02/01/2007                COMMISSION:                      0.00
                                         FEES                             0.00

                                         CASH: USD                  962,368.75

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:

_____          _____

Authorized Signature                     Authorized Signature

Date:     09/23/2010

<div align="center">TRANSACTION ADVICE</div>

TRANS NO.: 4205928
VENDOR TRANS NO.: 8872620070417

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                    Lord Abbett Bond Debenture Fund, Inc.
Account No.:       FDB1
BROKER/DEALER:  Morgan Stanley

Security ID:       92851RAB3              TRADE DATE:    04/17/2007
                                          SETTLEMENT DATE:    04/20/2007

SECURITY DESCRIPTION                      PURCHASE

Vitro S.A.                                UNITS:                  1,375,000.00
144A NCV 9.125% 02/01/2017                PRICE:                   103.750000
9 1/8 Due 2/1/2017 FA1                    PRINCIPAL:             1,426,562.50
Dated Code:   Normal                      ACCRUED INTEREST:         27,533.42
Dated Date:    02/01/2007                 COMMISSION:                    0.00
                                          FEES                           0.00

                                          CASH: USD              1,454,095.92

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____          _____

Authorized Signature                     Authorized Signature


Date:    09/23/2010

TRANSACTION ADVICE

TRANS NO.: 4163926
VENDOR TRANS NO.: 7623420070330

DATE: 09/23/2010

To: State Street Bank
    1200 Crown Colony Drive
    Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:              Lord Abbett Bond Debenture Fund, Inc.
Account No.:          FDB1
BROKER/DEALER:        Morgan Stanley

Security ID:          92851RAB3           TRADE DATE: 03/30/2007
                                          SETTLEMENT DATE:    04/04/2007


SECURITY DESCRIPTION                      PURCHASE

Vitro S.A.                                UNITS:                    1,475,000.00
144A NCV 9.125% 02/01/2017                PRICE:                     102.625000
9 1/8 Due 2/1/2017 FA1                    PRINCIPAL                1,513,718.75
Dated Code:  Normal                       ACCRUED INTEREST:           23,553.91
Dated Date:   02/01/2007                  COMMISSION:                      0.00
                                          FEES                             0.00

                                          CASH: USD                1,537,272.66

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____          _____
Authorized Signature                      Authorized Signature


Date:      09/23/2010

<div align="center">TRANSACTION ADVICE</div>

TRANS NO.: 4159314
VENDOR TRANS NO.: 7475020070328

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                Lord Abbett Bond Debenture Fund, Inc.
Account No.:     FDB1
BROKER/DEALER: Credit Suisse Algo

Security ID:        92851RAB3            TRADE DATE:    03/28/2007
                                         SETTLEMENT DATE:    04/02/2007

SECURITY DESCRIPTION                     PURCHASE

Vitro S.A.                               UNITS:                        1,500,000.00
144A NCV 9.125% 02/01/2017               PRICE:                         102.500000
9 1/8 Due 2/1/2017 FA1                   PRINCIPAL                     1,537,500.00
Dated Code:   Normal                     ACCRUED INTEREST:                23,192.71
Dated Date:    02/01/2007                COMMISSION:                           0.00
                                         FEES                                  0.00

                                         CASH: USD                     1,560,692.71

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____        _____

Authorized Signature                    Authorized Signature


Date:    09/23/2010

TRANSACTION ADVICE

TRANS NO.: 4156184
VENDOR TRANS NO.: 7414220070326

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                Lord Abbett Bond Debenture Fund, Inc.
Account No.:     FDB1
BROKER/DEALER: UBS Securities Inc.

Security ID:     92851RAB3          TRADE DATE:   03/26/2007
                                    SETTLEMENT DATE:     03/29/2007


SECURITY DESCRIPTION                PURCHASE

Vitro S.A.                          UNITS:                    2,000,000.00
144A NCV 9.125% 02/01/2017          PRICE:                     102.625000
9 1/8 Due 2/1/2017 FA1              PRINCIPAL:                2,052,500.00
Dated Code:   Normal                ACCRUED INTEREST:            29,402.78
Dated Date:    02/01/2007           COMMISSION:                       0.00
                                    FEES                              0.00

                                    CASH: USD                 2,081,902.78

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____        _____

Authorized Signature                    Authorized Signature


Date:    09/23/2010

TRANSACTION ADVICE

TRANS NO.: 4003261
VENDOR TRANS NO.: 3568520070125

DATE:     09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                    Lord Abbett Bond Debenture Fund, Inc.
Account No.:       FDB1
BROKER/DEALER: Morgan Stanley

Security ID:       92851RAB3            TRADE DATE:   01/25/2007
                                        SETTLEMENT DATE:     02/01/2007


SECURITY DESCRIPTION                    PURCHASE

Vitro S.A.                              UNITS:                      6,325,000.00
144A NCV 9.125% 02/01/2017              PRICE:                        98.400000
9 1/8 Due 2/1/2017 FA1                  PRINCIPAL                   6,223,800.00
Dated Code:   Normal                    ACCRUED INTEREST:                   0.00
Dated Date:   02/01/2007                COMMISSION:                         0.00
                                        FEES                                0.00

                                        CASH: USD                   6,223,800.00

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____        _____

Authorized Signature                    Authorized Signature


Date:     09/23/2010

<div align="center">TRANSACTION ADVICE</div>

TRANS NO.: 4648563
VENDOR TRANS NO.: 21508320071106

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                Lord Abbett Bond Debenture Fund, Inc.
Account No.:    FDB1
BROKER/DEALER:  Barclay Investments

Security ID:        92851RAD9              TRADE DATE:    11/06/2007
                                           SETTLEMENT DATE:      11/09/2007

SECURITY DESCRIPTION                       PURCHASE

Vitro S.A.                                 UNITS:                    1,500,000.00
NCV 9.125% 02/01/2017                      PRICE:                      98.750000
9 1/8 Due 2/1/2017 FA1                     PRINCIPAL                1,481,250.00
Dated Code:   Normal                       ACCRUED INTEREST:           37,260.42
Dated Date:    08/01/2007                  COMMISSION:                      0.00
                                           FEES                             0.00

                                           CASH: USD                1,518,510.42

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____        _____

Authorized Signature                    Authorized Signature


Date:      09/23/2010

<div align="center">TRANSACTION ADVICE</div>

TRANS NO.: 4633458
VENDOR TRANS NO.: 21197120071031

DATE:    09/23/2010

To:   State Street Bank
      1200 Crown Colony Drive
      Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                Lord Abbett Bond Debenture Fund, Inc.
Account No.:      FDB1
BROKER/DEALER: Barclay Investments

Security ID:       92851RAD9          TRADE DATE:   10/31/2007
                                      SETTLEMENT DATE:    11/05/2007

SECURITY DESCRIPTION                  PURCHASE

Vitro S.A.                            UNITS:                    1,000,000.00
NCV 9.125% 02/01/2017                 PRICE:                       99.750000
9 1/8 Due 2/1/2017 FA1                PRINCIPAL:                  997,500.00
Dated Code:   Normal                  ACCRUED INTEREST:            23,826.39
Dated Date:    08/01/2007             COMMISSION:                        0.00
                                      FEES                               0.00

                                      CASH: USD                 1,021,326.39

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____          _____
Authorized Signature              Authorized Signature


Date:    09/23/2010