Dennis F. Dunne (admitted *pro hac vice*)
Risa M. Rosenberg (admitted *pro hac vice*)
**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005-1413
Tel: (212) 530-5000
Fax: (212) 530-5219
ddunne@milbank.com
rrosenberg@milbank.com

Andrew M. Leblanc (admitted *pro hac vice*)
**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
1850 K Street, NW, Suite 1100
Washington, DC 20006
Tel: (202) 835-7500
Fax: (202) 263-7586
aleblanc@milbank.com

Louis R. Strubeck, Jr.
State Bar No. (19425600)
William R. Greendyke
State Bar No. (08390450)
**FULBRIGHT & JAWORSKI L.L.P.**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Tel: (214) 855-8000
Fax: (214) 855-8200
lstrubeck@fulbright.com
wgreendyke@fulbright.com

**ATTORNEYS FOR ALLEGED DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: § § | | Involuntary Chapter 11 |
| VITRO ASSET CORP., et al., § § | | Case No. 10-47470-rfn-11 |
| Alleged Debtors.[1] § § | | Jointly Administered |

**ANSWER OF ALLEGED DEBTORS CONTESTING
INVOLUNTARY CHAPTER 11 PETITIONS**

---

[1] The Alleged Debtors in these jointly administered involuntary chapter 11 cases include: Vitro Asset Corp. (f/k/a American Asset Holdings Corp.) (Case No. 10-47470), Vitro Chemicals, Fibers & Mining, LLC (Case No. 10-47472), Vitro America, LLC (Case No. 10-47473), Troper Services, Inc. (Case No. 10-47474), Super Sky Products, Inc. (Case No. 10-47475), Super Sky International, Inc. (Case No. 10-47476), VVP Holdings, LLC (Case No. 10-47477), Amsilco Holdings, Inc. (Case No. 10-47478), B.B.O. Holdings, Inc. (Case No. 10-47479), Binswanger Glass Company (f/k/a Troper Inc.) (Case No. 10-47480), Crisa Corporation (Case No. 10-47481), VVP Finance Corporation (Case No. 10-47482), VVP Auto Glass, Inc. (Case No. 10-47483), V-MX Holdings, LLC (f/k/a Crisa Holdings Corp.) (Case No. 10-47484), and Vitro Packaging, LLC (Case No. 10-47485).

TO THE HONORABLE RUSSELL F. NELMS,
UNITED STATES BANKRUPTCY JUDGE:

Vitro Asset Corp. and its affiliated alleged debtors (collectively, the "Alleged Debtors"), hereby answer the involuntary petitions (the "Involuntary Petitions") filed against them in the above-captioned chapter 11 cases as follows:[1]

1. The Alleged Debtors deny the allegations set forth in paragraph 1 of the portion of the Involuntary Petition headed "Allegations."

2. The Alleged Debtors neither admit nor deny the allegations set forth in paragraph 2 of the portion of the Involuntary Petition headed "Allegations" because they call for a legal conclusion.

3. The Alleged Debtors deny the allegations set forth in paragraph 3a of the portion of the Involuntary Petition headed "Allegations."

4. The Alleged Debtors deny the allegations set forth in any other portion of the Involuntary Petition to which a response may be required.

**FIRST AFFIRMATIVE DEFENSE**

5. Pursuant to section 303(b) of the Bankruptcy Code, the petitioning creditors are not eligible to file the Involuntary Petitions because their claims are contingent as to liability.

**SECOND AFFIRMATIVE DEFENSE**

6. Pursuant to section 303(b) of the Bankruptcy Code, the petitioning creditors are not eligible to file the Involuntary Petitions because their claims are subject to a bona fide dispute as to liability or amount.

---

[1] The Alleged Debtors expressly reserve their right to argue that the Court should dismiss the Involuntary Petitions or suspend all proceedings in these cases pursuant to section 305(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code").

## THIRD AFFIRMATIVE DEFENSE

7. Pursuant to section 303(h) of the Bankruptcy Code, no order for relief can be entered against the Alleged Debtors because the Alleged Debtors are generally paying their debts as they come due.

## FOURTH AFFIRMATIVE DEFENSE

8. Pursuant to section 305(a)(1) of the Bankruptcy Code, the interests of creditors would be better served by a dismissal of the above-captioned cases or a suspension of all proceedings in such cases.

[Remainder of page intentionally left blank.]

WHEREFORE, the Alleged Debtors respectfully request that the Court dismiss the Involuntary Petitions, schedule a hearing to determine the amount of damages to be paid by the petitioning creditors pursuant to section 303(i) of the Bankruptcy Code, and grant them such other and further relief as the Court deems just and appropriate.

Dated: New York, New York
December 9, 2010

**FULBRIGHT & JAWORSKI L.L.P.**

    /s/ William R. Greendyke
Louis R. Strubeck, Jr.
State Bar No. (19425600)
William R. Greendyke
State Bar No. (08390450)
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Tel: (214) 855-8000
Fax: (214) 855-8200

-and-

**MILBANK, TWEED, HADLEY & M$^c$CLOY LLP**
Dennis F. Dunne (admitted *pro hac vice*)
Risa M. Rosenberg (admitted *pro hac vice*)
1 Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

-and-

Andrew M. Leblanc (admitted *pro hac vice*)
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: (212) 835-7500
Facsimile: (212) 263-7586

*Attorneys for Alleged Debtors*