## Suggs, David

| | |
|---|---|
| **From:** | Boydston, Liz [lboydston@fulbright.com] |
| **Sent:** | Thursday, December 16, 2010 12:51 AM |
| **To:** | Petrie, Matthew; Cunningham, John K.; Shore, Christopher; Kebrdle, Richard; Lauria, Thomas E; Suggs, David; 'jprostok@forsheyprostok.com'; Elizabeth A. Ziegler (elizabeth.ziegler@usdoj.gov); 'dkennard@forsheyprostok.com'; 'lbreedlove@forsheyprostok.com'; 'calendar@forsheyprostok.com' |
| **Cc:** | Leblanc, Andrew; Matz, Tom; Gartenberg, Karen; Mandel, Lena; Rosenberg, Risa; Greendyke, Bill; Manns, Ryan E.; Strubeck, Louis; Steindorf, Michael; Boydston, Liz; 'Hollembeak, Jeremy'; Manns, Ryan E.; Bruner, Bob; Steindorf, Michael; Drake, Scott |
| **Subject:** | Vitro: Notice of Emergency Hearing (Dec. 16, 2010 at 10:30 a.m.) and notice of Emergency Joint Motion to Waive 1014(b) Stay and Motion to Expedite Same |
| **Importance:** | High |
| **Attachments:** | Dkt. 83 Notice of Emergency Hearing.pdf; Dkt. 81 Emergency Joint Motion.pdf; Dkt. 82 Motion for Emergency Hearing on Docket 81.pdf |

All:

Please take notice that there is an emergency hearing in the Vitro case, 10-47470, set for **Thursday, December 16, 2010, at 10:30 a.m.** CST in Judge Nelms's courtroom.

All interested parties may attend and be heard telephonically.  Please contact CourtCall at 1-866-58-COURT or 1-310-743-1886 to set up a court call-in confirmation.

Attached to this email notification are:

Docket No. 81, Emergency Joint Motion of the Alleged Debtors and Vitro SAD de CV for Entry of an Order Pursuant to 11 U.S.C. 105(a) and Fed. R. Bankr. P. 1014(b) to Waive the Stay of the Vitro SAB de CV Chapter 15 Case.

And

Docket No. 82, Motion to Expedite the Emergency Joint Motion of the Alleged Debtors and Vitro SAD de CV for Entry of an Order Pursuant to 11 U.S.C. 105(a) and Fed. R. Bankr. P. 1014(b) to Waive the Stay of the Vitro SAB de CV Chapter 15 Case.

And

Docket No. 83, Notice of Emergency Hearing


**Liz Boydston**, *Associate*
**FULBRIGHT** & *Jaworski L.L.P.* • 2200 Ross Avenue, Suite 2800 • Dallas, Texas 75201-2784
T: 214 855 7475 • F: 214 855 8200 • lboydston@fulbright.com • www.fulbright.com/lboydston


This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

To reply to our email administrator directly, send an email to postmaster@fulbright.com.