## Suggs, David

**From:** Suggs, David
**Sent:** Thursday, December 16, 2010 8:34 AM
**To:** Suggs, David
**Subject:** FW: Vitro

**From**: Dunne, Dennis <DDunne@milbank.com>
**To**: Lauria, Thomas E
**Cc**: Leblanc, Andrew <ALeblanc@milbank.com>
**Sent**: Tue Dec 14 13:02:00 2010
**Subject**: RE: Vitro

Tom --

   I believe your first remark is inaccurate.  I am unaware of any unreturned call.  You and I traded e-mails a few weeks back regarding a potential settlement discussion and I know you have spoken further with Risa Rosenberg about the framework of a potential settlement meeting.

    Anyway, I've copied Andy Leblanc on this e-mail.  He will be handling the courtroom and other aspects of the case.  I believe you know Andy well from the TX Rangers case this summer.  I'll leave it to you guys to communicate directly re the litigation topics covered in your e-mail.  With respect to venue, it is my understanding that we continue to analyze the venue predicates under section 1410.  I don't know the precise timing of any filing, but suspect it will be in the near term.

   Thanks.

**From**: Lauria, Thomas E [mailto:tlauria@miami.whitecase.com]
**Sent**: Tuesday, December 14, 2010 11:46 AM
**To**: Dunne, Dennis
**Subject**: Vitro

Dennis,

It must be great that you are so busy that you cannot provide me the courtesy of a return call.

That said, based on your client's press release indicating that it intends to file a chapter 15 proceeding in connection with its recently-filed concurso proceeding in Mexico, we asked your colleague, Robert Liubicic, where and when you intend to file. He told us he was "under no obligation to tell us."

Obligations aside, I would appreciate it if you would let us know as a matter of courtesy where and when you intend to file for chapter 15 relief. In that regard, if you do not plan on filing in the Northern District of Texas, please be advised that we will ask Judge Nelms to transfer venue of the chapter 15 case to his court. As I presume you are aware, all proceedings in the other court are stayed by rule until Judge Nelms decides the venue issue.

In addition, we are not consenting to any ex parte relief and demand notice and an opportunity to be heard with respect to any relief you may seek.

I look forward to hearing from you.

Thanks.

Tom

12/16/2010

--------------------------
Sent from my BlackBerry Wireless Handheld

================================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.