U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

Signed December 30, 2010

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| In re: | Chapter 11 Cases (Involuntary) |
| VITRO ASSET CORP., et al., | Case No. 10-47470-rfn-11 |
| Alleged Debtors. | **Jointly Administered** |

### AGREED SCHEDULING ORDER

IT IS HEREBY ORDERED THAT:

The following deadlines apply to the hearing scheduled to consider whether an order for relief shall be entered:

| | Event | Date |
|---|---|---|
| 1. | **Deadline to Serve Fact Discovery.** All written fact discovery requests, other than deposition notices, shall be served on or before December 23, 2010. | December 23, 2010 |
| 2. | **Deadline to Complete Document Production.** The parties shall complete document production on or before January 12, 2011. | January 12, 2011 |
| 3. | **Deadline to Identify Deponents.** The parties shall issue all notices of deposition on or before January 14, 2011. | January 14, 2011 |
| 4. | **Fact Witness Depositions.** The parties shall complete fact witness depositions from January 14, 2011 through January 19, 2011. | January 14, 2011 - January 19, 2011 |

| 5. | **Deadline to Issue Expert Reports.** The parties shall provide affirmative expert reports on or before January 20, 2011. All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B). | January 21, 2011 |
|---|---|---|
| 6. | **Rebuttal Reports.** The parties shall provide rebuttal reports on or before January 26, 2011. | January 27, 2011 |
| 7. | **Expert Witness Depositions.** The parties shall complete expert witness depositions from January 28, 2011 through February 1, 2011. | January 28, 2011 – February 1, 2011 |
| 8. | **Deadline to Designate Trial Witnesses and Exhibits.** The parties shall designate trial witnesses and exhibits on or before February 3, 2011. | February 3, 2011 |
| 9. | **Deadline for Objections to Designations of Trial Witnesses and Exhibits.** Any objections to designations of trial witnesses and exhibits shall be made on or before February 7, 2011. | February 7, 2011 |
| 10. | **Deadline for Submission of Pre-Trial Briefs and Expert Reports.** On or before February 8, 2011, the parties shall simultaneously file (1) pre-trial briefs and (2) any expert reports the parties choose to file that have been provided in accordance with the previously noted deadlines. | February 8, 2011 |
| 11. | **Pre-trial Conference.** The Court shall hold a pre-trial conference setting the parameters for the hearing concerning an order for relief (the "Relief Hearing") on February 9, 2011 at 9:00 a.m. (Central Standard Time). | February 9, 2011 |
| 12. | **Relief Hearing.** The Court shall hold the Relief Hearing on February 10, 2011 and February 11, 2011, commencing, on each such day, at 9:30 a.m. (Central Standard Time). | February 10, 2011 – February 11, 2011 at 9:30 a.m. (CST) |

With the exception of discovery deadlines, which may be extended by written agreement of the parties, the deadlines contained in this ORDER may be extended only by the Court and only upon written motion for good cause shown.

AGREED:

| FOR THE ALLEGED DEBTORS: | FOR THE PETITIONING CREDITORS: |
|---|---|
| Fulbright & Jaworski L.L.P.<br>Louis R. Strubeck, Jr.<br>William R. Greendyke<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201<br>Tel: (214) 855-8000<br>lstrubeck@fulbright.com<br>wgreendyke@fulbright.com<br><br>By: /s/ William R. Greendyke<br>    William R. Greendyke<br><br>-and –<br><br>Dennis F. Dunne (admitted *pro hac vice*)<br>Risa M. Rosenberg (admitted *pro hac vice*)<br>Robert J. Liubicic (admitted *pro hac vice*)<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel: (212) 530-5000<br>ddunne@milbank.com<br>rrosenberg@milbank.com<br><br>- and -<br><br>Andrew M. Leblanc (admitted *pro hac vice*)<br>Milbank, Tweed, Hadley & McCloy LLP<br>1850 K Street, NW, Suite 1100<br>Washington, DC 20006<br>Tel: (202) 835-7500<br>aleblanc@milbank.com | Forshey & Prostok LLP<br>Jeff P. Prostok<br>777 Main St., Suite 1290<br>Fort Worth, TX 76102<br>Tel: (817) 877-8855<br><br>By: /s/ Jeff P. Prostok<br>    Jeff P. Prostok<br><br>Thomas E. Lauria<br>J. Christopher Shore<br>John K. Cunningham<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 819-8200<br>tlauria@whitecase.com<br>cshore@whitecase.com<br>jcunningham@whitecase.com |