U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET




**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed February 11, 2011**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases (Involuntary) |
| VITRO ASSET CORP., et al., | ) | Case No. 10-47470-rfn-11 |
| Alleged Debtors. | ) | **Jointly Administered** |

**AMENDED AGREED SCHEDULING ORDER**

IT IS HEREBY ORDERED THAT:

The following deadlines apply to the hearing (the "Relief Hearing") scheduled to consider whether an order for relief shall be entered:

| | **Event** | **Date** |
|---|---|---|
| 1. | **Deadline to Serve Fact Discovery.** All written fact discovery requests, other than deposition notices, shall be served on or before December 23, 2010. | December 23, 2010 |
| 2. | **Deadline to Complete Document Production.** The parties shall complete document production on or before February 4, 2011. | February 4, 2011 |
| 3. | **Deadline to Identify Deponents.** The parties shall issue all notices of deposition on or before February 7, 2011. | February 7, 2011 |
| 4. | **Fact Witness Depositions.** The parties shall complete fact witness depositions from February 9, 2011 through February 14, 2011. | February 9, 2011 – February 14, 2011 |

| | | |
|---|---|---|
| 5. | **Deadline to Identify Expert Witnesses.** The parties shall provide notice to the other parties of their intent to provide affirmative expert reports or call expert witnesses at the Relief Hearing on or before February 14, 2011 at 12:00 p.m. CST (Central Standard Time). | February 14, 2011 at 12:00 p.m. (CST) |
| 6. | **Deadline to Designate Trial Witnesses and Exhibits.** The parties shall designate trial witnesses and exhibits on or before February 17, 2011. | February 17, 2011 |
| 7. | **Deadline for Submission of Pre-Trial Briefs.** On or before February 21, 2011, the parties shall simultaneously file pre-trial briefs. | February 21, 2011 |
| 8. | **Deadline for Objections to Designations of Trial Witnesses and Exhibits.** Any objections to designations of trial witnesses and exhibits shall be made on or before February 21, 2011. | February 21, 2011 |
| 10. | **Relief Hearing.** The Court shall hold the Relief Hearing on February 24, 2011 and February 25, 2011, commencing, on each such day, at 9:30 a.m. (Central Standard Time). | February 24, 2011 – February 25, 2011 at 9:30 a.m. (CST) |

With the exception of discovery deadlines, which may be extended by written agreement of the parties, the deadlines contained in this ORDER may be extended only by the Court and only upon written motion for good cause shown.

###END OF ORDER###