


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

Signed April 02, 2011

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re: | Chapter 11 Cases (Involuntary) |
| VITRO ASSET CORP., et al., | Case No. 10-47470-rfn-11 |
| Debtors. | **Jointly Administered** |

**ORDER DENYING EMERGENCY MOTION OF CERTAIN ALLEGED DEBTORS FOR INTERIM AND FINAL ORDERS, PURSUANT TO 11 U.S.C. §§ 105, 303, 363, AND 364, (I) APPROVING AMENDMENT OF THE TERMS OF THE FINAL FINANCING ORDER AND (II) SCHEDULING FINAL HEARING**

Upon the Emergency Motion Of Certain Alleged Debtors For Interim And Final Orders, Pursuant To 11 U.S.C. §§ 105, 303, 363, And 364, (I) Approving Amendment Of The Terms Of The Final Financing Order And (II) Scheduling Final Hearing [Docket No. 182] (the "Motion"); and this Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and a hearing having been held on March 24, 2011 to consider the Motion (the

"Hearing"); and having considered the evidence presented at the Hearing, the arguments of counsel, and the pleadings filed; and the Court having rendered its ruling on the Motion on the record at the Hearing; it is hereby

ORDERED that the Motion is DENIED for the reasons stated on the record at the Hearing.

# # # End of Order # # #