**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| In re: | Involuntary Chapter 11 |
| VITRO ASSET CORP., et al., | Case No. 10-47470-rfn-11 |
| Alleged Debtors. | Jointly Administered |

**ORDER FOR RELIEF**

Upon the motion, dated April 6, 2011 (the "Motion"),[1] of Vitro America, LLC, Super Sky International, Inc., Super Sky Products, Inc., and VVP Finance Corporation (the "Movants"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

- 1 -

1409; subject to the reservation of rights set forth in the Motion, the Court hereby enters an order for relief against Vitro America, LLC, Super Sky International, Inc., Super Sky Products, Inc., and VVP Finance Corporation under chapter 11 of title 11 of the United States Code.

### END OF ORDER ###