


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed April 06, 2011**

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | § | |
|---|---|---|
| In re: | § | Involuntary Chapter 11 |
| | § | |
| VITRO ASSET CORP., et al., | § | Case No. 10-47470-rfn-11 |
| | § | |
| Alleged Debtors. | § | Jointly Administered |
| | § | |

## ORDER FOR RELIEF

Upon the motion, dated April 6, 2011 (the "Motion"),[1] of Vitro America, LLC, Super Sky International, Inc., Super Sky Products, Inc., and VVP Finance Corporation (the "Movants"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, the Court hereby enters an order for relief against Vitro America, LLC, Super Sky International, Inc., Super Sky Products, Inc., and VVP Finance Corporation under chapter 11 of

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

- 1 -

title 11 of the United States Code.  The entry of such orders is (1) subject to the reservation of rights in the Motion and (2) without prejudice to the petitioning creditors' right to assert that any such reserved claims or defenses lack merit or are precluded for any reason.

### END OF ORDER ###